# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Ghazanfar Raja | ) | Case No.: 2:13-cv-00011 |
| | ) | |
| Plaintiff | ) | |
| | ) | **COMPLAINT FOR A WRIT IN THE NATURE OF MANDAMUS TO COMPEL DEFENDANTS TO ADJUDICATE PLAINTIFFS' I-485APPLICATIONS** |
| v. | ) | |
| | ) | |
| Janet Napolitano | ) | |
| Secretary, Department of Homeland Security | ) | |
| | ) | |
| Alejandro Mayorkas, | ) | |
| Director, United States Citizenship | ) | |
| and Immigration Services, | ) | |
| | ) | |
| Mark Hansen | ) | |
| District Director, | ) | |
| United States Citizenship | ) | |
| and Immigration Services, | ) | |
| | ) | |
| Defendants | ) | |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

I, Noure Alo, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the attorney for the Plaintiff in this action.

2. A complaint was filed herein on January 7, 2013 and service of process was had on the defendant on June 3, 2013.

3. More than sixty (60) days have elapsed since the defendants in this action were served, and the defendant has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

Dated: September 19, 2013  /s/Noure Alo
Noure Alo
Attorney for Plaintiff

Sworn to and subscribed before me this 19th day of September, 2013.

_____
Notary Public

KIMBERLY E. HARRISON
Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

## **CERTIFICATION**

I hereby certify that a true and accurate copy of the foregoing has been sent by Federal Express to Defendants this 19th day of September 19, 2013.

                                             /s/ Noure Alo
                                            Noure Alo
                                            Supreme Court Reg. 0078288
                                            Attorney for Defendant
                                            **HARRISON ALO,** *Attorneys at Law*
                                            4249 Easton Way, Suite 125
                                            Columbus, OH 43219
                                            (614) 428-8472 PH
                                            (614) 428-7676 Fax