# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**GHAZANFAR RAJA,**

                                          **Case No. C2-13-11**
                                          **JUDGE GREGORY L. FROST**
                                          **Magistrate Judge Abel**

        **Plaintiff,**

    v.

**JANET NAPOLITANO, et al.,**

        **Defendants.**

## ORDER

Defendants' Motion to Dismiss (ECF No. 15) shall come on for a non-oral hearing on January 10, 2014.

      **IT IS SO ORDERED.**

                                            /s/   Gregory L. Frost
                                            GREGORY L. FROST
                                            UNITED STATES DISTRICT JUDGE